

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00102-CV

**CAMP MYSTIC, INC.**, Richard G. Eastland, and Natural Fountains Properties, Inc.,
Appellants

v.

S. Stacy **EASTLAND** and Nancy Eastland Leaton,
Appellees

From the 198th District Court, McCulloch County, Texas
Trial Court No. 2011122
Honorable David Peeples, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis Speedlin, Justice (not participating)
               Marialyn Barnard, Justice

Delivered and Filed:  January 23, 2013

DISMISSED

On October 17, 2012, this court issued an opinion and judgment in this appeal.  On December 7, 2012, we issued an order abating the appeal, including the time in which to file any motion for rehearing, to allow the parties to pursue settlement discussions.  On January 3, 2013, the parties filed a Joint Motion to Dismiss the Appeal Pursuant to Settlement.  The motion is GRANTED and the appeal is dismissed.  TEX. R. APP. P. 42.1(a).

PER CURIAM